AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |
| WALTER RODGERS | |
| *Defendant(s)* | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

SEP -8 2025 11: 13 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

**3:25 mj 382**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____September 2, 2025____ in the county of ____Montgomery____ in the
____Southern____ District of ____Ohio____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924 (a)(8) | Felon in Possession of Firearm That Moved in Interestate Commerce |

This criminal complaint is based on these facts:

See Attached Affidavit of Matthew Heiser

☑ Continued on the attached sheet.

*Matthew Heiser*
_____
*Complainant's signature*

Mattew Heiser, TFO of ATF
_____
*Printed name and title*

*by telephone*
Sworn to before me and signed ~~in my presence~~.

Date: ___9/8/2025___

City and state:        Dayton, Ohio

_____
*Judge's signature*

Caroline H. Gentry, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Matthew Heiser, being duly sworn, does hereby depose and state as follows:

### INTRODUCTION

1.  I am a sworn law enforcement officer in the State of Ohio for twenty-five (25) years.  I am presently a sworn member of the Dayton Police Department.  I am currently assigned to the Alcohol Tobacco Firearms and Explosives (ATF) as a Task Force Officer (TFO), I have received training in drug trafficking investigations and have participated in numerous firearm-related investigations.  Based on my training and experience, I am aware of federal firearm laws and know that possessing a firearm by a convicted felon is a violation of Title 18 U.S.C. Sections 922(g)(1).

### PURPOSE OF AFFIDAVIT

2.  This Affidavit is submitted in support of a criminal complaint, and seeks the issuance of an arrest warrant against, Walter Rodgers (hereinafter "RODGERS") for violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(8) -- Felon in Possession of Firearm.

3.  As part of the investigation, I have, among other things, discussed information with, and/or reviewed documentation and reports provided by, other law enforcement officers. My knowledge of the facts and circumstances set forth in this Affidavit is thus based upon information I have received from other law enforcement officers involved in the investigation.

4.  I have elected not to include in this Affidavit all the factual details gathered to date during the investigation, but rather I have included only certain information sufficient to establish probable cause to believe that RODGERS has committed a violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(8) -- Felon in Possession of Firearm.

5.  Unless otherwise noted, when I assert that a statement was made, I received the information

1

from a law enforcement officer who provided the information to me, either verbally or in a written report. The officers providing me with the information may have received the information by way of personal knowledge or from another source.

## SUMMARY OF PROBABLE CAUSE

6. On September 2, 2025 Dayton Police Department officers were dispatched to Sunoco gas station located at 2626 E. Third St. located in Dayton, Ohio due to calls of a shooting at approximately 12:41 P.M. Upon their arrival, law enforcement learned that Individual-1, later identified as RODGERS, and Individual-2 were involved in a shootout at the gas station.

7. RODGERS was at the entrance of Sunoco when the gun fire was initiated. According to Individual-2, RODGERS stated, "I'm going to do ya'll like I did Cierra."[1]

8. Based on review of surveillance footage from Sunoco, RODGERS, ran inside Sunoco after being shot at first. However, he can be seen retrieving a firearm from his bag, exiting Sunoco, and returning fire.

9. As law enforcement surveilled the surrounding area from where the shooting occurred, they recovered a Springfield XD-40 firearm covered in blood. Due to RODGERS being hit during the gun fight and the firearm being found in RODGERS' path of flight, I conclude the firearm belongs to RODGERS.

10. A review of RODGERS' criminal history showed that he was convicted of Aggravated Burglary and Abduction in Montgomery County Ohio Common Pleas Court case number 2011CR1869. On October 12, 2022, RODGERS was sentenced a total of 4 years in prison, 3

---

1 Cierra is believed to be Cierra Chapman. Ms. Chapman was the girlfriend of Mr. Rodgers who was reported missing on December 29, 2022. On January 6, 2023, law enforcement located Chapman's vehicle and other personal items in Middletown, Ohio. To this day, Chapman has not been located.

years for the Aggravated Burglary charge and 1 year on the Abduction charge. Given the length of time that he served on his state case, RODGERS knew that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

11. I consulted with ATF Special Agent Christopher Reed regarding the Springfield Armory X-D 40. Special Agent Reed advised the firearm was manufactured outside the state of Ohio and thus moved in interstate commerce to reach this state.

12. Based on the facts set forth in the Affidavit, there is probable cause to believe that, on or about September 2, 2025, in the Southern District of Ohio, 18 U.S.C. §§ 922(g)(1) and 924 (a)(8) -- Felon in Possession of Firearm.

Further your Affiant sayeth naught.

*Matthew Heiser*

Matthew Heiser, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to ~~before me~~ by telephone this 8ᵗʰ day of September, 2025.

CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE

3